```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  PATRICK M. WALSH
    Assistant United States Attorney
 3  333 Las Vegas Boulevard South
    Suite 5000
 4  Las Vegas, NV  89101
    702-388-6050
 5  FAX #702-388-6698
 6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:13-mj-0057-PAL |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | PRELIMINARY HEARING |
| ) | |
| AMIR ADNAN ABNUKHATER, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G. BOGDEN, United States Attorney, and PATRICK M. WALSH, Assistant United States Attorney, counsel for the United States of America, and Rebecca A. Levy, counsel for defendant Amir Adnan Abnukhater, that the preliminary hearing in the above-captioned matter, currently scheduled for March 14, 2013, at the hour of 4:00 p.m., be vacated and continued for one (1) week, or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Government counsel is out of the jurisdiction on the date of the current preliminary hearing.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

3. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(b) and §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(i) and (iv).

DATED this 12th day of March, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Pamela Martin/pw*

PATRICK WALSH
Assistant United States Attorney

REBECCA A. LEVY
Counsel for defendant ABUKHATER

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-mj-0057-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER CONTINUING PRELIMINARY HEARING |
| AMIR ADNAN ABUKHATER ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary hearing in the above-captioned matter currently scheduled for March 14, 2013, at the hour of 4:00 p.m., be vacated and continued to Monday, 3/25/2013 @ 4:00pm in Courtroom #3B.

DATED this __15th__ day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE