UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMIR ADNAN ABUKHATER, ) <br> ) <br> Defendant. ) <br> _____) | 2:13-cr-102-RCJ-PAL <br><br><br> **ORDER** |

On August 1, 2013, the Court granted defendant Amir Adnan Abukhater's request for appointment of new counsel and ordered new counsel appointed (#24). Therefore;

IT IS HEREBY ORDERED that Kevin Stolworthy, Esq. is appointed as counsel for Amir Adnan Abukhater in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Stolworthy forthwith.

DATED this \_21st\_\_\_ day of August, 2013.

Nunc Pro Tunc Date: August 7, 2013.

_____
ROBERT C. JONES
United States District Judge