FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

FEB 13 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0102-RCJ-PAL |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| Amir Adnan Abukhater | |
| Defendant. | |

Defendant, Amir Adnan Abukhater, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____   _____
Counsel for Defendant        Assistant U.S. Attorney

DATED: this 13th day of February, 2014.

APPROVED:

_____
ROBERT C. JONES
United States District Judge