1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**

7               **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                              )
9                   Plaintiff,                )
                                              )
10          v.                                )    2:13-CR-102-RCJ-(PAL)
                                              )
11  AMIR ABUKHATER,                           )
                                              )
12                  Defendant.                )

13                  **FINAL ORDER OF FORFEITURE**

14          On December 31, 2014, the United States District Court for the District of Nevada entered a

15  Settlement Agreement as to Amir Abukhater and Preliminary Order of Forfeiture pursuant to Fed. R.

16  Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States

17  Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title

18  28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title

19  28, United States Code, Section 2461(c); and Title 21, United States Code, Sections 853(a)(1) and

20  (a)(2), forfeiting the property set forth in the Settlement Agreement as to Amir Abukhater and

21  Preliminary Order of Forfeiture and shown by the United States to have the requisite nexus to the

22  offense to which defendant AMIR ABUKHATER pled guilty. Information, ECF No. 34; Plea

23  Agreement, ECF No. 37; Settlement Agreement as to Amir Abukhater and Preliminary Order of

24  Forfeiture, ECF No. 55.

25          This Court finds the United States of America published the notice of forfeiture in accordance

26  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

from January 29, 2015, through February 27, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 56.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Sections 853(a)(1) and (a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. $8,540 in United States Currency;

2. $250 in United States Currency;

3. a Ruger P95 9mm pistol (serial number 31573888);

4. a Norinko SKS 7.62 Caliber (serial number 9019273);

5. a bag containing miscellaneous ammunition and seven (7) magazines;

6. an SKS magazine;

7. miscellaneous ammunition and four (4) 9 mm magazines;

8. a 2006 white 2 Door Chevrolet (VIN 3GCEC14X76G146278) bearing NV license plate 541 YJJ;

9. Tanita model 1479 scale;

10. miscellaneous scales and broken PC boards;

11. 3 Yusuf VHS tapes and 1 cassette with Arabic writing;

12. 2 Address books, cardboard with phone numbers, social security card, expired Driver's License, Passport, credit card;

13. Documents with phone numbers and a letter;

14. Piomax ADS-100 scale;

15. 2 dog tags;

16. 2 2GB SD cards;

17. Samsung Cricket cell phone;

18. Kyocera Cricket cell phone;

19. HP Laptop (serial number CNF7391JCS);

20. Toshiba Laptop (serial number 2B099982W);

21. Sanyo cell phone;

22. Sanyo cell phone;

23. Cricket cell phone, black;

24. Cricket cell phone;

25. Samsung cell phone;

26. Miscellaneous DVDs and black DVD case;

(all of which constitutes "property");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED after the property is forfeited in the criminal case and the Final Order of Forfeiture is entered, within a practicable time thereafter for the United States, the United States will return the following property to AMIR ABUKHATER pursuant to the Settlement Agreement as to Amir Abukhater and Preliminary Order of Forfeiture (ECF No. 55):

1.  a 2006 white 2 Door Chevrolet (VIN 3GCEC14X76G146278) bearing NV license plate 541 YJJ;

2.  3 Yusuf VHS tapes and 1 cassette with Arabic writing;

3.  2 Address books, cardboard with phone numbers, social security card, expired Driver's License, Passport, credit card;

4.  Documents with phone numbers and a letter;

5.  2 dog tags;

6.  2 2GB SD cards;

7.  Samsung Cricket cell phone;

8.  Kyocera Cricket cell phone;

9.  HP Laptop (serial number CNF7391JCS);

10.  Toshiba Laptop (serial number 2B099982W);

11.  Sanyo cell phone;

12.  Sanyo cell phone;

13.  Cricket cell phone, black;

14.  Cricket cell phone;

15.  Samsung cell phone;

16.  Miscellaneous DVDs and black DVD case;

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated this 30th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individual was served with a copy of the Final Order of Forfeiture on April 29, 2015, by the below identified method of service:

CM/ECF:

Kevin R. Stolworthy
Armstrong Teasdale
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Email: kstolworthy@armstrongteasdale.com
*Counsel for Amir Abukhater*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist