PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                    Docket No.   2:13CR00102

Amir Abukhater

On December 15, 2014, Amir Abukhater was placed on supervised release for a period of years. Amir Abukhater has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that Amir Abukhater be discharged from supervised release.

Respectfully submitted,

_____
Leonel Sanchez
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___ 15th ___ day of September 2016

_____
Robert C. Jones
United States District Judge